# BLANKROME

300 Carnegie Center | Suite 220 |Princeton, NJ 08540
A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner
blankrome.com

| | |
|---|---|
| *Phone:* | *(609) 750-2646* |
| *Fax:* | *(609) 897-7286* |
| *Email:* | *stephen.orlofsky@blankrome.com* |

April 28, 2026

**Via CM/ECF:**
Hon. Justin T. Quinn, U.S.M.J.
U.S. District Court – District of New Jersey
402 East State Street
Trenton, NJ 08608

> **Re:** ***Plaza Marine, Inc. v. Ankora Fuels, LLC, et al.***
> **Civil Action No. 3:24-cv-08728-GC-JTQ**
> <u>**Pre-Motion Letter for Leave to File Motion for Sanctions**</u>

Dear Judge Quinn:

We write on behalf of Plaintiffs/Counterclaim Defendants Plaza Marine, Inc., Peter Proscia, and William Gotimer (collectively, "<u>Plaintiffs</u>") in the above-referenced action. Pursuant to Section 5 of Your Honor's *Civil Case Management Order*, Plaintiffs respectfully seek leave to file a *Motion for Sanctions* against Defendants/Counterclaim Plaintiffs Ankora Fuels, LLC and John Barbarise, III (collectively, "<u>Defendants</u>").

Plaintiffs have significant concerns over Defendants' recent actions that have risen to the level of sanctionable conduct based on violations of this Court's *Confidentiality Order*, ECF No. 30, and related rulings. The specifics of what has occurred here, and the basis for the imposition of sanctions, is detailed in the attached *Motion for Sanctions* (which itself has been filed under seal at ECF No. 207).

Despite Plaintiffs' consistent efforts to resolve this matter, the parties have reached an impasse requiring intervention by this Court. Plaintiffs respectfully request that the Court grant it leave to file the proposed *Motion for Sanctions*.

BLANKROME

Hon. Justin T. Quinn, U.S.M.J.
April 28, 2026
Page 2

        We thank Your Honor for your consideration of this matter.

        Respectfully,

        *s/Stephen M. Orlofsky*
        Stephen M. Orlofsky

Enclosure.

cc: Counsel of Record (via CM/ECF)