## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                    **DATE: MAY 13, 2026**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: KIMBERLY WILSON**

**TITLE OF CASE:**                                    **CIV. NO. 3:24-8728(GC)(JTQ)**
PLAZA MARINE, INC.
v.
ANKORA FUELS, LLC, et al.

**APPEARANCES:**
Michael Darbee, Esq., for Plaintiff
Jeffrey Rosenthal, Esq., for Plaintiff
Daniel Saeedi, Esq., for Plaintiff
Rachel Schaller, Esq., for Plaintiff
Allison Gotfried, Esq., for Defendants
Erica Berman, Esq., for Defendants
Nicholas Reiter, Esq., for Defendants
Leonard Gordon, Esq., for Defendants

**NATURE OF PROCEEDINGS: TELEPHONE STATUS CONFERENCE**
Telephone Status Conference held.
Order to Issue.

**TIME COMMENCED:**        1:05 p.m.
**TIME ADJOURNED:**        1:14 p.m.
**TOTAL TIME:**            9 minutes

s/  *Jamie Quinn*
**Deputy Clerk**