LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500  **F** 212.307.5598   www.Venable.com

July 28, 2026

Allison B. Gotfried
**t** 212.370.6227
**f** 212.307.5598
ABGotfried@Venable.com

**Via ECF**

Hon. Georgette Castner, U.S.D.J.
U.S. District Court, District of New Jersey
402 E. State Street, Trenton, New Jersey 08608

> Re:  *Plaza Marine, Inc. v. Ankora Fuels, LLC et al.*, Case No. 3:24-cv-08728
> **Request for Extension of the Parties' Respective Briefing Deadlines**

Dear Judge Castner:

This law firm represents Defendants Ankora Fuels, LLC, John Barbarise III, Ankora Marine Holdings LLC, Ankora Marine Transport LLC, Diane Joseph LLC, and Stephen Blanche LLC ("Defendants"). We write to respectfully request an extension of the parties' respective deadlines to file their opposition and reply briefs with regard to their pending motions to dismiss. *See* ECF Nos. 225 – 227.

On June 26, 2026, this Court directed the parties to file their "intended Motions to Dismiss" by July 24, 2026.  *See* ECF No. 224.  This deadline created a Motion Day of August 17, 2026. Unfortunately, the attendant intervening deadlines conflict with counsels' current litigation schedule. Accordingly, the parties respectfully request the following modest extensions:

Deadline for each party to file an opposition brief: August 21, 2026
Deadline for each party to file a reply brief: September 2, 2026

Plaintiff/Counterclaim Defendant Plaza Marine, Inc. and Counterclaim Defendants Peter Proscia and William Gotimer consent to this request.

We thank the Court for its time and attention to this matter.

Respectfully,

Allison B. Gotfried

cc:    All counsel of record (via ECF)